# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN T. ASHLEY, | : | Civil No. 1:22-CV-00982 |
| Plaintiff, | : | |
| v. | : | |
| ADAM R. KOSHEBA, JR., *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of April 2024, for the reasons provided in the accompanying memorandum, **IT IS ORDERED** as follows:

1) Defendant Dauphin County's motion to dismiss Count V of the second amended complaint is **GRANTED**.  (Doc. 51.)

2) Count V of the second amended complaint is **DISMISSED with prejudice**.  (Doc. 50.)

3) A telephone status conference is scheduled for **April 24, 2024, at 1:15 p.m.** to establish new case management deadlines. The remaining parties shall call-in to the conference calling number 877-336-1828, using the access code 2529544. The primary purpose of this conference will be to establish case management deadlines, which were stayed pending resolution of the instant motion. (Doc. 61.)

4) Pending the telephone status conference, all case management deadlines **REMAIN STAYED** in accordance with this court's order. (Doc. 61.)

                                                  s/Jennifer P. Wilson
                                                  JENNIFER P. WILSON
                                                  United States District Judge
                                                  Middle District of Pennsylvania